**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JACLYN WATERS, individually and on behalf of all others similarly situated in Missouri, )<br><br>Plaintiff, )<br><br>v. )<br><br>FERRARA CANDY CO., )<br><br>Defendant. ) | Case No. 4:17-cv-197 NCC |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Ferrara Candy Co. appeals to the United States Court of Appeals for the Eighth Circuit from this Court's Memorandum and Order and Order of Remand (Dkt. 32, 33) dated June 16, 2017, granting Plaintiff's motion to remand this action to state court (Dkt. 12).

Respectfully submitted,

By: /s/ Troy A. Bozarth
Troy A. Bozarth (5209515 E.D. Mo.)
Charles N. Insler (58623 E.D. Mo.)
HEPLER BROOM LLC
One Metropolitan Square
211 North Broadway Suite 2700
St. Louis, MO 63102
Phone: 314-241-6160
Fax: 314-241-6116
tab@heplerbroom.com
cni@heplerbroom.com

*Counsel for the Defendant Ferrara Candy Company*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed on this 23rd day of August 2017, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            */s/ Troy A. Bozarth*
                                            Troy A. Bozarth